**DRAUGHON v. HARNETT CTY. BD. OF EDUC.**

[358 N.C. 137 (2004)]

LYNETTA DRAUGHON, Personal Representative of the ESTATE OF MAX DRAUGHON, Deceased v. HARNETT COUNTY BD. OF EDUC., and BARRY HONEYCUTT, JACKIE SAMUELS, STEPHEN AUSLEY, JASON SPELL, ANTHONY BARBOUR, PERRY SAENZ, DON WILSON, JR., RAYMOND McCALL, and BRIAN STRICKLAND, In their Individual and Official Capacities

No. 392A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. 705, 582 S.E.2d 343 (2003), affirming an order granting summary judgment to defendant Brian Strickland, entered 4 March 2002 by Judge Wiley F. Bowen in Superior Court, Harnett County. Heard in the Supreme Court 9 December 2003.

*Keith A. Bishop, PLLC, by Keith A. Bishop, for plaintiff-appellant.*

*Tharrington Smith, LLP, by Jonathan A. Blumberg and Lisa Lukasik, for defendant-appellee.*

PER CURIAM.

AFFIRMED.